UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNA L. PEAY, | ) |
| | ) |
| Plaintiff, | ) |
| | )   1:04-cv-1038-SEB-JPG |
| vs. | ) |
| | ) |
| BRINK'S INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court, having issued its Entry On Cross Motions for Summary Judgment, now enters final judgment in favor of Defendants and against Plaintiff.

Date: November 23, 2005

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kimberly G. Baldwin
KING PAGANO & HARRISON
kbaldwin@kph.com

Mary J. Hoeller
mary@attorneyhoeller.com

James E. Kellett
KING PAGANO & HARRISON
jkellett@kph.com